# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JOHN GING,

                                       **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.

NATIONAL MANAGEMENT                Case Number: 11-2313-JTM
RECOVERY CORP.,

        Defendant.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed January 26, 2012, that plaintiff's Motion for Default Judgment (Dkt. 9) is granted.  Default judgment is entered against the defendant in the amount of $3,480.79 plus post-judgment interest at the statutory rate.

                                                    TIMOTHY M. O'BRIEN, Clerk of Court

January 26, 2012
Date

                                                      By   s/ S. Smith
                                                             Deputy Clerk